[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11998

Non-Argument Calendar

_____

MARCUS BODIE,

Plaintiff-Appellant,

*versus*

TOWNE PARK SERVICES, LLC,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cv-01097-SDM-CPT

_____

Before WILSON, JILL PRYOR, and ANDERSON, Circuit Judges.

PER CURIAM:

Marcus Bodie, an African American, filed a complaint against Towne Park Services, LLC (Towne), alleging Towne failed to hire him because of his race in violation of 42 U.S.C. § 1981. The district court granted summary judgment to Towne, finding Bodie failed to prove intentional discrimination through circumstantial evidence under either the *McDonnell Douglas*[1] burden-shifting framework or the "convincing mosaic"[2] avenue.

After careful review of the briefs and the record, we agree with the district court that Bodie failed to show Towne's proffered, non-discriminatory reason for not hiring him—administrative oversight—was pretextual.[3] And we agree that the record lacks a "convincing mosaic" of discrimination. Accordingly, we affirm the district court's well-reasoned decision.

**AFFIRMED.**

---

[1] *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973).

[2] *See Jenkins v. Nell*, 26 F.4th 1243, 1250 (11th Cir. 2022).

[3] Bodie also argue that his race was the "but-for" cause for Towne's failure to hire him. But Bodie pointed to no evidence to suggest that his race was the reason. In fact, the evidence shows an administrative oversight by Towne's talent acquisition team was the reason for the non-hire.